JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMENCITA SALES, | ) | Case No.  CV 11-8155 DSF (VBKx) |
| Plaintiff, | )<br>)<br>) | JUDGMENT |
| v. | ) | |
| | ) | |
| | ) | |
| WILMINGTON FINANCE, INC., et al. | )<br>) | |
| | ) | |
| Defendants. | )<br>) | |
| | ) | |
| _____ | ) | |

     Plaintiff having voluntarily dismissed with prejudice Defendant Wilmington Finance, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1), and the Court having granted a Motion to Dismiss without leave to amend as to remaining Defendants,

     IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants Deutsche Bank National Trust Company, Bank of America, and ReconTrust Company N.A. recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 4/12/12

_____
DALE S. FISCHER
United States District Judge